# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**STRIKE 3 HOLDINGS, LLC,** a limited liability company,

    **Plaintiff,**

v.

**JOHN DOE** subscriber assigned IP address 45.30.199.99, an individual

    **Defendant.**

_____/

Case No.: 3:19-cv-761-J-39JRK

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. 10; Notice) filed on October 16, 2019. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE and ORDERED** in Jacksonville, Florida this 17th day of October, 2019.

                                                         BRIAN J. DAVIS
                                                         United States District Judge

*Copies to:*

Counsel of Record

*ap*